**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No. 8:25-cr-00456-KKM-AAS**

**DESIREE DOREEN SEGARI**
**_________________________________/**

# DEFENDANT'S MOTION FOR RECUSAL

The Defendant, Desiree Doreen Segari, by and through her attorney, pursuant to 18 U.S.C. § 455(a), moves to recuse The Honorable Kathryn Kimball Mizelle because her impartiality might reasonably be questioned. In support of the motion, Ms. Segari states and argues as follows:

## FACTS AND PROCEDURAL HISTORY

On August 22, 2025, a criminal complaint was filed against Ms. Segari alleging that she sent threatening videos over TikTok that went viral on social media, reaching about 1.5 million people. Doc. 1. Generally speaking, in the first TikTok video, she expressed her political and personal views against the MAGA movement writ large and suggested that when someone sees a MAGA, that they should shoot a MAGA—gesturing playfully to the camera with "finger guns" and saying, "pew pew." In a second TikTok video, she expressed many of her same beliefs about the MAGA movement but this time in song-like form, finger

guns and all. Thereafter, an indictment was filed against Ms. Segari on September 18th, charging her with one count of transmitting a threating communication through commerce in violation of 18 U.S.C. § 875(c), and the case was assigned to Your Honor. Doc. 1 (after case merger). The parties had their first and only pretrial status conference on October 14, 2025, and after being apprised of the facts of this case, Your Honor granted Ms. Segari's unopposed motion for continuance, extended the pretrial motions deadline until today, November 17th, and set this matter for a date-certain trial on January 12, 2026. Docs. 25–28. Meanwhile, undersigned counsel was apprised that Your Honor is married to Chad R. Mizelle and began investigating any potential ties he has to the MAGA movement.

From 2019 through 2020, during Donald J. Trump's first presidential term, Mr. Mizelle was the acting chief of staff and later general counsel at the Department of Homeland Security. Wikipedia The Free Encyclopedia, *Chad Mizelle*, https://en.wikipedia.org/wiki/Chad_Mizelle (last visited Nov 14, 2025). Around four years later, then President-elect Trump announced that Mr. Mizelle would be his chief of staff for the Department of Justice and had this to say about him:

> I am pleased to announce that Chad Mizelle will serve as Chief of Staff at the Department of Justice, where he will work with our wonderful Attorney General Nominee, Pam Bondi.

> During my First Term, Chad was General Counsel and Chief of Staff at the Department of Homeland Security, where he helped to secure our Border, and stop the flow of illegal drugs and aliens into our Country. *Chad is a MAGA warrior, who will help bring accountability, integrity, and Justice back to the DOJ.*
>
> Congratulations to Chad, his wife Kathryn, a GREAT Judge who I appointed, and their children!

Donald J. Trump (@realDonaldTrump), Truth Social (Dec. 21, 2024, 12:59 PM), https://truthsocial.com/@realDonaldTrump/posts/113692114463534901 (last visited Nov. 14, 2025) (emphasis added).

Mr. Mizelle served as the DOJ's chief of staff from January 20, 2025, starting day one of President Trump's second term in office, until he announced on September 23rd that he was stepping down "to return to his family in Tampa." Axios, *Chad Mizelle to leave as DOJ chief of staff*, https://www.axios.com/2025/09/23/chad-mizelle-to-leave-as-doj-chief-of-staff (last visited Nov. 14, 2025). "Mizelle, a key ally of White House deputy chief of staff Stephen Miller, told us *he'll continue to support the Trump administration's work, and plans to continue 'exposing the left-wing groups responsible for violence across America.'* " *Id.* (emphasis added). On September 17, 2025, after Charlie Kirk's death, President Trump threatened to crack down on the "radical left." Chris Megerian, Lisa Mascaro, and Allana Durkin Richer, *Trump's threat to target 'radical left' after Kirk killing raises fears he's trying to silence foes,* Associated Press, (Sept. 17, 2025, 9:08

AM EST), https://apnews.com/article/trump-charlie-kirk-radical-left-political-opposition-3875efd0674ed2a22a719dfb42ace6ab.

Mr. Mizelle has been making the rounds on cable news as of late discussing threats cases. For instance, he appeared on Chris Cuomo's weekday evening show for a 5-minute panel debate, discussing whether a teacher should be fired for mocking Charlie Kirk's death and whether persons threatening ICE officers should be subjected to criminal prosecution. [QUOMO], *Panel debate if teacher should be fired for moving Charlie Kirk's death*, News Nation (Oct. 21, 2025, 08:31 PM CDT), https://www.newsnationnow.com/video/panel-debate-if-teacher-should-be-fired-for-mocking-charlie-kirks-death-cuomo/11190171/ (last visited Nov. 14, 2025). Mr. Mizelle returned to the private sector and is now the chief legal officer at Affinity Partners, Jared Kushner's investment firm. Chad Mizelle, LinkedIn, https://www.linkedin.com/in/chad-mizelle-36366917 (last visited Nov. 14, 2025).

## MEMORANDUM OF LAW

"Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." 18 U.S.C. § 455(a).

> "The goal of section 455(a) is to avoid even the appearance of partiality. If it would appear to a reasonable person that a judge has knowledge of facts that would give him an interest in the litigation then an appearance of partiality is created even though no actual partiality

> exists because the judge does not recall the facts, because the judge actually has no interest in the case or because the judge is pure in heart and incorruptible. The judge's forgetfulness, however, is not the sort of objectively ascertainable fact that can avoid the appearance of partiality. *Hall v. Small Business Administration*, 695 F.2d 175, 179 (5th Cir.1983). Under section 455(a), therefore, recusal is required even when a judge lacks actual knowledge of the facts indicating his interest or bias in the case if a reasonable person, knowing all the circumstances, would expect that the judge would have actual knowledge."

*Liljeberg v. Health Services Acquisition Corp.*, 486 U.S. 847, 860–61 (1988) (quoting 796 F.2d 796, 802 (5th Cir. 1986)). "[S]ection 455(a) embodies an objective standard. The test is whether an objective, disinterested, lay observer fully informed of the facts underlying the grounds on which recusal was sought would entertain a significant doubt about the judge's impartiality." *Parker v. Connors Steel Co.* 855 F.2d 1510, 1524 (11th Cir. 1988) (citing *Potashnick v. Port City Const. Co.*, 609 F.2d 1101, 1111 (5th Cir.), *cert. denied*, 449 U.S. 820 (1980)). Such a doubt exists regarding Your Honor's impartiality to continue presiding over Ms. Segari's case.

Ms. Segari's case involves First Amendment speech, the blurred line between "true threats" and protected political speech, and those in the MAGA movement at the center of this controversy. It's a case that's being prosecuted at a time when our nation is deeply divided politically—some would say more so now than ever in recent memory. Red versus blue, democrat versus republican, the far right versus the far left. And this case is being prosecuted, just by pure

coincidence and happenstance, in the wake of Charlie Kirk's assassination, where many would say he was assassinated for exercising his right to free speech.

Mr. Mizelle is, has been, and continues to be, entrenched in the MAGA movement. President Trump called him one of his "MAGA warriors" on Truth Social when he tapped him to be his chief of staff for the DOJ. After resigning, Mr. Mizelle said he would continue to support President Trump by exposing, in his view, leftist violence that's sweeping the United States. He is on cable news, as recent as October, espousing his viewpoint on threats cases—when protected free speech crosses over the Rubicon to unprotected speech and true threats.

Mr. Mizelle is your husband, Your Honor, enmeshed in the political thicket and part of the MAGA movement that's at the heart of this case. The appearance of partiality here is strong, whether Your Honor means it or not. Your Honor's "impartiality might reasonable be questioned" here under section 455(a). "An objective, disinterested, lay observer"—knowing what we know now, what's true—"would entertain a significant doubt" about Your Honor's impartiality. And even if Your Honor is "pure in heart and incorruptible." For these reasons, and as section 455(a) commands, Your Honor must recuse.

Respectfully submitted November 14, 2025.

**CHARLES L. PRITCHARD**
**FEDERAL PUBLIC DEFENDER**

***/s/ Stephen Consuegra***
Assistant Federal Defender
Florida Bar. No. 105816
400 N. Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
E-mail: Stephen_Consuegra@fd.org

## CERTIFICATE OF SERVICE AND OF GOOD FAITH

I HEARBY CERTIFY that on November 14, 2025, a true and correct copy of the foregoing was furnished by the CM/ECF system with the Clerk of the Court, which will send a notice of the electronic filing to AUSA Michael Carl Sinacore, and that this motion for recusal is made in good faith.

***/s/ Stephen Consuegra***
Stephen Consuegra
Assistant Federal Defender