**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No. 8:25-cr-00456-KKM-AAS**

**DESIREE DOREEN SEGARI**
**______________________________/**

# DEFENDANT'S MOTION IN LIMINE

The Defendant, Desiree Doreen Segari, by and through her attorney, moves in limine to preclude any evidence at trial relating to any other videos, comments, or statements she made or posted on social media, other than the two TikTok videos at issue in this case that were identified in the indictment. Such evidence (1) is irrelevant; (2) the probative value of such evidence, if relevant, is substantially outweighed by the danger of unfair prejudice, confusing the issues, and misleading the jury; and (3) such evidence constitutes improper character evidence. Fed. R. Crim. P. 401, 403, 404.

Respectfully submitted December 15, 2025.


**CHARLES L. PRITCHARD, Jr.**
**FEDERAL PUBLIC DEFENDER**

***/s/ Stephen Consuegra***
Assistant Federal Public Defender
Florida Bar. No. 105816
400 N. Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
E-mail: Stephen_Consuegra@fd.org

## CERTIFICATE OF SERVICE

I HEARBY CERTIFY that on December 15, 2025, a true and correct copy of the foregoing was furnished by the CM/ECF system with the Clerk of the Court, which will send a notice of the electronic filing to:

AUSA Michael Carl Sinacore.

***/s/ Stephen Consuegra***
Stephen Consuegra
Assistant Federal Public Defender