UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:25-cr-456-KKM-AAS

DESIREE DOREEN SEGARI

**JOINT PROPOSED STATEMENT OF THE CASE**

The United States, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, and the defendant, Kavon Jackasal, through his counsel, propose the following statement of the case to be read to the jury venire:

> The defendant is charged with interstate communication of a threat to injure another person, in violation of 18 U.S.C. § 875(c). The offense is alleged to have occurred on or about August 17, 2025. The case involves the defendant posting videos on social media. The allegation is the defendant communicated a threat against any person identified as part of the political movement known as "MAGA" or "Make America Great Again."
>
> The First Amendment to the United States Constitution protects everyone's fundamental right to freedom of speech. But

some speech, given its nature, isn't considered protected free speech under the First Amendment. One type of speech that isn't guaranteed protections under the First Amendment is certain kinds of threats call "true threats." I will provide a definition of a "true threat" later in the trial.

The undersigned has consulted with Stephen Consuegra, counsel for Desiree Doreen Segari, who joins in this proposal.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Michael C. Sinacore*
Michael C. Sinacore
Assistant United States Attorney
Florida Bar No. 868523
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: michael.sinacore@usdoj.gov

**U.S. v. Desiree Doreen Segari** **Case No. 8:25-cr-456-KKM-AAS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/ Michael C. Sinacore*

Michael C. Sinacore
Assistant United States Attorney
Florida Bar No. 868523
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: michael.sinacore@usdoj.gov