UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:25-cr-456-KKM-AAS

DESIREE DOREEN SEGARI

**UNITED STATES' NOTICE OF FILING CERTIFICATION OF AUTHENTICATION OF BUSINESS RECORDS**

The United States, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, pursuant to Rules 803(6) and 902(11) of the Federal Rules of Evidence, hereby files a notice of certification of authentication of business records by Comcast Cable Communications, LLC ("Comcast"), concerning records for IP Address: 73.62.66.139. The business records and the certificate of authenticity are in the government's possession and have been provided to the defendant in discovery.

In filing this notice and serving the same upon the defendant in this case, the United States hereby provides notice that the government intends to offer the identified records into evidence in this case, pursuant to Fed. R. Evid. 803(6) and 902(11), supported by the certificate of authenticity, for any purpose for which the identified records may be relevant, including during any evidentiary hearings and during trial.

WHEREFORE, the evidence described and referenced in this notice should be admitted pursuant to Fed. R. Evid. 803(6) and 902(11).

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Michael C. Sinacore*
Michael C. Sinacore
Assistant United States Attorney
Florida Bar No. 868523
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: michael.sinacore@usdoj.gov

**U.S. v. DESIRE DOREEN SEGARI Case No. 8:25-cr-456-KKM-AAS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/ Michael C. Sinacore*

Michael C. Sinacore
Assistant United States Attorney
Florida Bar No. 868523
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: michael.sinacore@usdoj.gov