**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.** 8:25-cr-456-KKM-AAS | **DATE:** January 6, 2026 |
| **HONORABLE KATHRYN KIMBALL MIZELLE** | **COURTROOM:** 13B |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**DESIREE DOREEN SEGARI** | **GOVERNMENT'S COUNSEL**<br>Michael Sinacore<br><br>**DEFENSE COUNSEL**<br>Stephen Consuegra |
| **COURT REPORTER:** Bill Jones | **DEPUTY CLERK:** Gretchen O'Brien |
| **TIME:** 11:06 a.m.–12:08 p.m. | **TOTAL:** 1 hour, 2 minutes |

**PROCEEDINGS: FINAL PRETRIAL CONFERENCE**

- Jury selection will begin on January 12, 2026, at 9:00 a.m.
- 60 jurors will be requested.
- Pretrial matters and logistics discussed
- Witnesses discussed
- Defendant's Motion in Limine (Doc. 34) is DENIED for the reasons stated on the record.
- The parties anticipate this trial will last approximately two days.
- Exhibits discussed — motion in limine due no later than January 8, 2026, for anything that cannot be agreed on; response due no later than January 9, 2026
- Hearing concluded