UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:25-cr-456-KKM-AAS

18 U.S.C. § 875(c)
(Interstate Communication of a Threat to Injure)

DESIREE DOREEN SEGARI

**INDICTMENT**

The Grand Jury charges:

SEP 18 2025 PM3:19
FILED - USDC - FLMD - TPA

**COUNT ONE**
**(Interstate Communication of a Threat to Injure)**

On or about August 17, 2025, in the Middle District of Florida, and elsewhere, the defendant,

DESIREE DOREEN SEGARI,

did knowingly transmit in interstate commerce a communication containing a true threat to injure the person of another, with the intent to communicate a true threat and with recklessness as to whether the communication would be viewed as a true threat, by sending individuals a threat via video posted and transmitted on the social media platform TikTok.

In violation of 18 U.S.C. § 875(c).

[redacted]

[redacted]

[redacted]

A TRUE BILL, [redacted]

[redacted]

Foreperson

GREGORY W. KEHOE
United States Attorney

By: Michael C. Sinacore
Michael C. Sinacore
Assistant United States Attorney

By: Michael C. Sinacore
Christopher F. Murray
for Assistant United States Attorney
Chief, Criminal Division (South)

FORM OBD-34
September 25

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

DESIREE DOREEN SEGARI

INDICTMENT

Violations: 18 U.S.C. § 875(c)

A true bill,

[redacted]

Foreperson

Filed in open court this 18th day

of September 2025.

Clerk

Bail $________________________

GPO 863 525