**UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.** 8:25-cr-456-SDM-AAS | **DATE:** January 13, 2026 |
| **HONORABLE KATHRYN KIMBALL MIZELLE** | **COURTROOM:** 17 |
| **UNITED STATES OF AMERICA**<br><br>**v.** | **GOVERNMENT'S COUNSEL**<br>Michael Sinacore |
| **DESIREE DOREEN SEGARI** | **DEFENSE COUNSEL**<br>Stephen Consuegra<br>Regine Etienne |
| **COURT REPORTER:** Bill Jones | **DEPUTY CLERK:** Gretchen O'Brien |
| **TIME:** 10:04 a.m.–12:07 p.m.<br>12:33 p.m.–1:17 p.m.<br>1:35 p.m.–2:47 p.m.<br>3:40 p.m.–3:46 p.m. | **TOTAL:** 4 hours, 5 minutes |

**PROCEEDINGS: JURY TRIAL**

- Pretrial matters discussed
- Jurors questioned about case-related research
- Jury sworn
- Preliminary jury instructions
- The United States' opening statement
- Defense's opening statement

- The United States calls Timothy Miles for direct examination.
- Defense's cross-examination of Mr. Miles
- The United States calls Mary Stahl for direct examination.
- The United States calls William Hauser for direct examination.
- Defense's cross-examination of William Hauser
- United States' redirect examination of William Hauser
- The United States rests.
- The defendant elects not to testify.
- The defendant's oral motion for judgment of acquittal is taken under advisement.
- Jury instructions are discussed
- The defense rests.
- No rebuttal from the United States.
- The Court instructs the jury.
- United States' closing argument
- Defense's closing argument
- United States' rebuttal
- The Court finishes instructing the jury and reviews the verdict form.
- Alternate jurors excused
- The jury begins deliberations.
- A verdict is reached and published.

- Jury polled
- The defendant is found guilty as to Count One.
- Jury is dismissed.
- The United States may file a response to the defendant's oral Rule 29 motion no later than January 27, 2026. The defendant's reply is due no later than February 3, 2026.
- The sentencing is scheduled for May 5, 2026, at 10:00 a.m. in Courtroom 13B.
- Court adjourned