UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No.: 8:25-cr-456-KKM-AAS

DESIREE DOREEN SEGARI

---

# ORDER

Desiree Doreen Segari's sentencing is scheduled for **May 5, 2026**, at **10:00 a.m.** in Courtroom 13B of the United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602-3800. Accordingly, the following is **ORDERED**:

1. The Probation Office must file the final Presentence Investigation Report no later than **fourteen (14) days** before the sentencing date.
2. Counsel must also file any motion for a continuance of sentencing no later than **fourteen (14) days** before the sentencing date. A motion for continuance must include a statement of the other party's support or opposition to the proposed continuance.
3. Counsel for both parties must file a sentencing memorandum setting forth that respective party's sentencing recommendation. The memoranda cannot exceed **20 pages for each party** and are due no later than **seven (7) days**

before the sentencing date.

4. No later than **seven (7) days** before the sentencing date, counsel must notify the Deputy Clerk if a party is seeking an evidentiary sentencing hearing or if a party anticipates that the sentencing hearing will exceed thirty (30) minutes.

5. **The Court notifies any defendant currently on pretrial release that, under 18 U.S.C. § 3143(a)(2), the Court is required to remand a defendant into custody at sentencing in drug cases and cases involving crimes of violence.**

**ORDERED** in Tampa, Florida, on January 13, 2026.

Kathryn Kimball Mizelle
United States District Judge