UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:25-cr-456-KKM-AAS

DESIREE DOREEN SEGARI

### UNITED STATES' SENTENCING MEMORANDUM

The Court should sentence Desiree Doreen Segari to a term of prison within the advisory sentencing guidelines range, followed by a term of supervised release. In support of this position, the United States of America states as follows:

### I.    FACTUAL SUMMARY

Desiree Doreen Segari made and posted threat videos on TikTok, calling for a movement to, in essence, "see MAGA, shoot MAGA." In a video she posted on TikTok on August 17, 2025, she stated, "so if we all get our guns and use our second amendment right…and you see somebody with a MAGA hat pew pew that's what we do, that's the way, it's the only way." She explained the purpose for the threat: "Put them back in their basements, make them scared again to be racist, homophobic, and terrible just awful pieces of shit because I would way rather live next to anyone other than MAGA people. MAGA people deserve to be terrified and scared to walk in the streets because they should know that real Americans are gonna [mouths the word

"fucking"] kill them." (Trial Exhibit 2.) When she posted the video on TikTok, she included the following caption:

> #seemagapewpewmaga starting a new trend, hope it catches on. Please spread the word. Share this video. Repost it. Use the hashtag all over the internet. Let's go guys. It's time to fight back in a potentially effective manner. (Trial Exhibit 6E at page 3; Trial Exhibit 7.)

In a video Segari posted the next day, she stated, "See MAGA pew pew MAGA, see MAGA pew pew MAGA, see MAGA pew pew MAGA so these motherfuckers know we ain't here to play…" while using hand gestures to mimic the firing of a gun. (Trial Exhibit 5.)

Segari's videos caused people to fear that violent acts would be committed. As one witness, Timothy Miles, explained during the trial, when he saw the video (Trial Exhibit 2) he took the threat seriously and reported it to the FBI. The impact of Segari's videos on the public was evident—the videos went viral, and the video in Trial Exhibit 2, which had been reposted on X (formerly Twitter), had been viewed approximately two million times and reposted 8,713 times by August 22, 2025. 8:25-mj-2850-LSG, Doc. 1 ("Criminal Complaint") at ¶ 17.  Special Agent William Hauser found the videos in Trial Exhibits 2 and 5 online, and also viewed some comments on the videos. (Criminal Complaint at ¶¶ 7-12, 14-15.) One X user commented, "This woman continues to call for violence against innocent people…her dangerous threats must stop." Another user replied, "Why do they insist on

doing this & videoing themselves being mentally unstable this is actual incitement of violence & she should be found right away & face some serious consequences." Another responded, "Wow!!! These people are out of their minds! She needs to be locked up. She is truly a danger to society." Criminal Complaint at ¶ 15. Other comments indicated that violence would be met with violence or noted that many MAGA supporters are armed. Criminal Complaint at ¶ 16.

## II.    PROCEDURAL HISTORY

Following the issuance of an arrest warrant based on the Criminal Complaint, the FBI arrested Segari on August 22, 2025; she made her initial appearance on August 25, 2025, and she was granted pretrial release. 8:25-mj-2850-LSG, Docs. 10 and 11. A grand jury issued an indictment on September 18, 2025, charging Segari with one count of Interstate Communication of a Threat to Injure. Doc. 1. At the conclusion of a two-day trial, a jury found Segari guilty. Docs. 65, 70, and 73.

## III.    GUIDELINES AND STATUTORY SENTENCE PROVISIONS

Based upon a total offense level of 14 and a criminal history category of I, the guideline imprisonment range is 15 months to 21 months. The maximum term of imprisonment is five years. Presentence Investigation Report ("PSR") at ¶¶ 78 and 79; 18 U.S.C. § 875(c).

## IV.    18 U.S.C. § 3553(a) FACTORS

Pertinent Section 3553(a) factors include (1) the nature and circumstances of the offense and the history and characteristics of the defendant; (2) the need to reflect the seriousness of the offense, promote respect for the law, and provide just punishment for the offense; and (3) the need to provide adequate deterrence to criminal conduct.

Segari's threats caused citizens to be concerned that people could be shot simply because they might be identified as "MAGA." The nature of her threats—calling for shooting "MAGA" on sight—carried the potential of random acts of violence that could cause people identified with "MAGA" and anyone else in the line of fire to be shot. While Segari did not possess a firearm and there is no evidence that she intended to shoot or kill anyone, the purpose of her threat was to cause fear. The communication of such true threats of violence cause harm to society at large, potentially incite violence, are detrimental to First Amendment rights of free speech, assembly, and political affiliation, and must be deterred through adequate punishment.

The PSR reflects factors that should be considered by the Court when imposing the sentence, such as mental health issues, a traumatic upbringing, and alcohol and substance abuse. None of these factors, however, caused or are directly related to the instant offense, and none are so substantial as to warrant a sentence below the range recommended by the sentencing

4

guidelines. Likewise, the fact that Segari did not intend to personally shoot anyone somewhat mitigates her offense, but it does not excuse it or diminish the need for her punishment to reflect the seriousness of the offense, promote respect for the law, and provide adequate general deterrence.

## V.    CONCLUSION

The United States recommends that the Court impose a prison sentence within the advisory guideline range of 15 months to 21 months, followed by a term of supervised release for three years. Segari's mental health and substance abuse history support the need for the Court to impose conditions of supervised release requiring Segari to obtain mental health and substance abuse counseling.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    _/s/ Michael C. Sinacore_
Michael C. Sinacore
Assistant United States Attorney
Florida Bar No. 868523
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6358
E-mail: michael.sinacore@usdoj.gov

5

**U.S. v. Desiree Doreen Segari        Case No. 8:25-cr-456-KKM-AAS**

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 30, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

 */s/ Michael C. Sinacore*
Michael C. Sinacore
Assistant United States Attorney
Florida Bar No. 868523
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6358
E-mail: michael.sinacore@usdoj.gov

6